FILED

JAN 24 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Violations: Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A) and 1951(a) and 2 |
| ANTONIO EDWARDS, also known as "Rayduce Rashad", and "Rodney Bell" ANDREW MCHANEY, also known as "Drew McHaney" JAMES BATES, also known as "James McHaney", and "Unc" STEPHANIE EDWARDS, TERRELL THOMAS, also known as "Wooski Sonny Side" | ) 18CR 45<br>) JUDGE BUCKLO<br>) MAGISTRATE JUDGE GILBERT |

**COUNT ONE**

The SPECIAL AUGUST 2017 GRAND JURY charges:

1. Beginning no later than March 29, 2017, and continuing until on or about May 28, 2017, in the Northern District of Illinois, Eastern Division,

ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell,"
ANDREW MCHANEY, also known as "Drew McHaney," and
JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in violation of Title 18, United States Code, Sections 1951(a) and 2.

2. It was part of the conspiracy that the defendants ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell," ANDREW

MCHANEY, also known as "Drew McHaney," and JAMES BATES, also known as "James McHaney" and "Unc," agreed to rob various cellular telephone stores in the Northern District of Illinois.

    3.    It was further part of the conspiracy that the defendants:

(a) Obtained, possessed, and brandished a firearm in connection with the commission of armed robberies;

(b) Bound and restrained their victims during the robberies;

(c) Used cellular telephones to communicate with one another while planning and committing armed robberies;

(d) Used vehicles for transportation to and from the location of armed robberies;

(e) Concealed their identities by wearing hoods, hats, masks, gloves, and other items;

(f) Traveled to various cellular telephone stores to conduct surveillance;

(g) Robbed cellular telephone stores of cellular telephones, tablet computers, and United States currency at gunpoint.

    4.    It was further part of the conspiracy that ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell," ANDREW MCHANEY, also known as "Drew McHaney," and JAMES BATES, also known as "James McHaney" and "Unc," would and did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

    In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about March 29, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell," and
ANDREW MCHANEY, also known as "Drew McHaney,"

defendants herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a T-Mobile Store, located at 5601 South Harlem Avenue in Chicago, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 5, 2017, at North Aurora, in the Northern District of Illinois, Eastern Division,

JAMES BATES, also known as "James McHaney" and "Unc,"

defendant herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a Sprint Store, located at 201 Genesis Drive B in North Aurora, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 13, 2017, at Mount Prospect, in the Northern District of Illinois, Eastern Division,

> ANDREW MCHANEY, also known as "Drew McHaney,"
> JAMES BATES, also known as "James McHaney" and "Unc," and
> STEPHANIE EDWARDS,

defendants herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a Verizon Store, located at 905 East Rand Road in Mount Prospect, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 13, 2017, at Mount Prospect, in the Northern District of Illinois, Eastern Division,

    ANDREW MCHANEY, also known as "Drew McHaney," and
    JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, a violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## **COUNT SIX**

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 30, 2017, at Bradley, in the Northern District of Illinois, Eastern Division,

ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell,"
ANDREW MCHANEY, also known as "Drew McHaney," and
JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of an AT&T Store, located at 940 North Kinzie in Bradley, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT SEVEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about April 30, 2017, at Bradley, in the Northern District of Illinois, Eastern Division,

ANTONIO EDWARDS, also known as "Rayduce Rashad" and "Rodney Bell,"
ANDREW MCHANEY, also known as "Drew McHaney," and
JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, a violation of Title 18, United States Code, Section 1951(a), as charged in Count Six of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT EIGHT

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 4, 2017, at South Elgin, in the Northern District of Illinois, Eastern Division,

TERRELL THOMAS, also known as "Wooski Sonny Side,"

defendant herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a T-Mobile Store, located at 416 Randall Road in South Elgin, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT NINE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 19, 2017, at Skokie, in the Northern District of Illinois, Eastern Division,

ANDREW MCHANEY, also known as "Drew McHaney,"

defendant herein, did obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the robbery of a T-Mobile Store, located at 5232 Dempster Street in Skokie, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 19, 2017, at Skokie, in the Northern District of Illinois, Eastern Division,

ANDREW MCHANEY, also known as "Drew McHaney,"

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, a violation of Title 18, United States Code, Section 1951(a), as charged in Count Nine of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT ELEVEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 28, 2017, at Homewood, in the Northern District of Illinois, Eastern Division,

    ANDREW MCHANEY, also known as "Drew McHaney," and
    JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by attempted robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), namely the attempted robbery of a Verizon Store, located at 17575 S. Halsted Street in Homewood, Illinois;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWELVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 28, 2017, at Homewood, in the Northern District of Illinois, Eastern Division,

ANDREW MCHANEY, also known as "Drew McHaney,"
JAMES BATES, also known as "James McHaney" and "Unc,"

defendants herein, did use and carry a firearm, namely, a loaded Kahr PM9 9mm semi-automatic handgun, bearing a serial number IB5840, during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, a violation of Title 18, United States Code, Section 1951(a), as charged in Count Eleven of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT THIRTEEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about May 28, 2017, at Homewood, in the Northern District of Illinois, Eastern Division,

ANDREW MCHANEY, also known as "Drew McHaney,"

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Kahr PM9 9mm semi-automatic handgun, bearing a serial number IB5840, and associated ammunition, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2017 GRAND JURY further alleges:

1. The allegations contained in this Indictment are incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Section 922(g)(1), 924(c)(1)(a), and 1951(a) as alleged in the foregoing Indictment,

ANDREW MCHANEY, also known as "Drew McHaney",

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes but is not limited to property seized on or about May 28, 2017 including:

    (a) a Kahr PM9 9mm semi-automatic handgun, bearing serial number IB5840, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY