mc

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
Plaintiff,

v.
Defendant.

Case Number *18 cr 45*

Judge *Gilbert (mag) Bucklo (District)*

*Terrell Thomas*

## ORDER
## APPOINTING COUNSEL UNDER CJA

**Person Represented:** *Terrell Thomas*     **Under SEAL** YES or **(NO)**

**Defendant number:** 5

**Payment Category:** APPEAL **(FELONY)** MISDEMEANOR PETTY OFFENSE OTHER

**Type of Person Represented:** **(ADULT)** JUVENILE OTHER

**Representation Type:** BP **(CC)** CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

**Attorney Name:** MiAngel Cody

**Court Order:**
**(APPOINTING COUNSEL)**
~~CO-COUNSEL~~            SUBS FOR FEDERAL DEFENDER
STANDBY COUNSEL          SUBS FOR PANEL ATTORNEY
                         SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** _[signature]_

**Date of Order:** 1/31/2018     **Nunc Pro Tunc Date:** _____ or **(NONE)**

---

## ORDER
## APPOINTING INTERPRETER UNDER CJA

**Interpreter needed** YES                    **Under SEAL** YES or NO

Prior authorization shall be obtained for services in excess of $800.
**Expected to exceed** YES  NO     **Prior Authorization Approved** YES  NO

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____     **Nunc Pro Tunc Date:** _____ or NONE